# UNITED STATES DISTRICT COURT

for the

District of Columbia

_____ Division

| | |
|---|---|
| Enamul Haqe Chowdhury | Case: 1:22-cv-02033 JURY DEMAND<br>Assigned To : Unassigned<br>Assign. Date : 7/8/2022<br>Description: Pro Se Gen. Civ. (F-DECK) |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

-v-

Government of the Peoples Republic of Bangladesh
and
Sohag Paribahan Limited

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Enamul Haqe Chowdhury |
| Street Address | 61/1-B Saydabad Brammanchiron |
| City and County | Dhaka |
| State and Zip Code | Bangladesh |
| Telephone Number | 8801751927706 |
| E-mail Address | enamul_2007_bd@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



RECEIVED
Mail Room

JUL - 8 2022

Angela D. Caesar, Clerk of Court

Page 1 of 5

Defendant No. 1

| | |
|---|---|
| Name | Mr/ Muhammad Masudul Haque |
| Job or Title *(if known)* | 4th Join District Judge , Dhaka District Judge Court |
| Street Address | Dhaka District Judge Court Building 3rd floor Sdarghat |
| City and County | Sadarghat , Dhaka , Bangladesh |
| State and Zip Code | BGD |
| Telephone Number | ref 88017566474591 |
| E-mail Address *(if known)* | jdj4thcourtdhaka@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Muhammad Faruqe Talukder Sohel |
| Job or Title *(if known)* | Managing |
| Street Address | 63 D.I.T. Road Malibagh |
| City and County | Dhaka-1217 , Bangladesh |
| State and Zip Code | BGD |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Al-Haj Muhammad Nashir udding |
| Job or Title *(if known)* | General Manager of Sohag Paribahan Limited |
| Street Address | 63. D.I.T Road Malibagh |
| City and County | Dhaka-1217 , Bangladesh |
| State and Zip Code | BGD |
| Telephone Number | 8801711567175 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Muhammad Hafizur Rahman |
| Job or Title *(if known)* | Assitant Genral Manager of Sohag Paribahan Limited |
| Street Address | 63. D.I.T Road Malibagh |
| City and County | Dhaka |
| State and Zip Code | |
| Telephone Number | 8801711629088 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil action against foreign states under section 1330 and 1331 title 28 United States Code, Federal Rules of Civil Procedure Rule 71,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Damage Claiming total amount 1487500 BDT dollar value is 1,55,565 USD .
total wrongful possession 83 month is jurisdictional proof confession submitted in 6th senior assistant judge court H.R. Misc. Case No 10/2015 .

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Disqualified judge made false judgment and decree favor of defendant no.2 , sale contact on 9/25/2008  limit expire , trail limit expire false title suit  submitted in  2012 as title suit no 662/2012 and title mean vested interest but now tenant at will wrongful possession since June 30,2015 to 5/11/2022  submitted  case in 09/20/2015 6th assistant judge court  case no 10/2015 bot case tenant made confession filled lease deed executed 7/1/2010 expire in 6/30/2015  sued in 09/20/2015 possession is wrongful , title suit tenant submitted a sale contract deed with my late father but i hear say my father not taken any sum of money .
That rent control matter United States Court for the District of Columbia civil action 2020-3294 and local Dhaka

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Wrongful possession tenant paying lam-sam amount not according to applicable law if appellate e jurisdiction dismissal default judgment it disobey . void able illegal judgment or decree passed in March 29,2022 of 4th join district judge court suit no 662/2012 .should be void and  past civil action disobedience  cause tenant liable for triple amount   wrongful possession commercial land condemnation case twice amount of past land interest as damage compensation . another once amount for past rent control cause default judgment of Honorable Judge  .

Foreign judgment is conclusive proof and i may will not able to proper filled adversary affect in postal mail and defendant disobedient failed repay honorable court may accept with E -Signature , also i am on United States of America Financial assistance program a default judgment for interest of justice which may on Court web site a a free copy electronically .

Further Relief may granted for disqualified judge and private parties disobey it's own superior judges judgment with United States District Court for the District of Columbia Default judgment in December 7,2020 Civil Action No.3294.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        05/11/2022

Signature of Plaintiff      *[signature]*

Printed Name of Plaintiff   Enamul Haqe Chowdhury

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address